**99–1120.   State ex rel. Israfil v. Montgomery Cty. Common Pleas Court Judge Gowdown.**

In Mandamus. On motion to dismiss or, in the alternative, motion for summary judgment. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1142.   OHIC Ins. Co. v. Ohio Ins. Guar. Assn.**

In Mandamus. On motion to dismiss by Ohio Insurance Guaranty Association. Motion to dismiss sustained. Cause dismissed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would grant an alternative writ.

On motion to amend complaint in mandamus. Motion granted.

On request for oral argument. Request denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1180.   State ex rel. Conley v. Ghee.**

In Mandamus. On motion to dismiss of Margarette T. Ghee. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1182.   Brooks v. Dickinson.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1215.   State ex rel. Sevayega v. Russo.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1230.   State ex rel. Ledger v. Cuyahoga Cty. Court of Appeals.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1277.   State ex rel. Watson v. Villanueva.**

In Mandamus. On answer of respondent and on motion for summary judgment. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1288.   State ex rel. Gay v. State Personnel Bd. of Review.**

In Mandamus. On motion for summary judgment and on motion to dismiss original complaint. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1298.   Hill v. Anderson.**

In Habeas Corpus. On petition for writ of habeas corpus by John Hill, Jr. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1324.   State ex rel. Waver v. Huffman.**

In Habeas Corpus. On petition for writ of habeas corpus by James Waver. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1334.   Childs v. Lazaroff.**

In Habeas Corpus. On petition for writ of habeas corpus by James L. Childs. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.